UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANICE A. WARD, and DOES 1-10,<br><br>　　　　Defendants. | No.  2:14-cv-946-KJM-EFB PS<br><br><br>ORDER |

　　This case, in which defendant initially appeared *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On August 12, 2014, attorney Michael Welch appeared and filed an answer on behalf of defendant.

　　Because the sole defendant is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge.  The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

　　Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

Dated:  August 13, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE